# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 26, 2022

Lyle W. Cayce
Clerk

No. 20-20316
Summary Calendar

Jeffery P. Small,

*Plaintiff—Appellant*,

*versus*

Zarvona Energy, L.L.C.,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1572

Before Smith, Stewart, and Graves, *Circuit Judges*.

Per Curiam:[*]

Jeffery P. Small, former Texas prisoner # 639945, appeals the dismissal of his 42 U.S.C. § 1983 complaint for lack of subject matter jurisdiction. Even with liberal construction, Small's brief addresses only the merits of his claims, rather than the district court's reasons for dismissing his

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

complaint.  Thus, he has abandoned any challenge to the district court's judgment.  *See Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

The judgment of the district court is AFFIRMED.  Small's motion for summary judgment is a "meaningless, unauthorized motion" and therefore is DENIED.  *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994).